IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 1-15-CV-774 RP |
| | § | |
| IDEASTAGE PROMOTIONS, LLC, | § | |
| d/b/a SWAG BROKERS, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff YETI Coolers, LLC's Corrected Stipulated Dismissal With Prejudice, filed December 18, 2015 (Clerk's Dkt. #18). By way of the stipulation, Plaintiff states the parties have entered into a settlement agreement and Plaintiff thus seeks to dismiss all claims raised against Defendant IdeaStage Promotions, LLC. *See* FED. R. CIV. P. 41(a)(1) (plaintiff may dismiss action by filing notice of dismissal before opposing party files answer).

As Defendant has not yet filed an answer in this action, Plaintiff's Stipulated Dismissal is GRANTED

Accordingly, IT IS ORDERED that all claims and causes of action asserted by Plaintiff are hereby DISMISSED WITH PREJUDICE. The Clerk's Office is directed to close this case.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on December 21, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE